UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH GOMES, EVA M. CONNORS, JENNIFER BOWEN, KATISHA SHOULDERS, KENNETH N. MARENGA, PAMELA PRISCO CARPENTER, STEVEN PETERS, ZHANNA KARP, Individually, and on Behalf of All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>STATE STREET CORPORATION, STATE STREET BANK & TRUST COMPANY, NORTH AMERICA REGIONAL BENEFITS COMMITTEE OF STATE STREET CORPORATION, INVESTMENT COMMITTEE OF STATE STREET CORPORATION, and JANE and JOHN DOES 1-20,<br><br>  Defendants. | Civil Action No. 1:21-cv-10863-MLW |

**PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Elizabeth Gomes, Eva M. Connors, Jennifer Bowen, Katisha Shoulders, Kenneth N. Marenga, Pamela Prisco Carpenter, Steven Peters, and Zhanna Karp (collectively, "Plaintiffs") respectfully submit their Motion for Preliminary Approval of Class Action Settlement, requesting the Court to: (1) preliminarily approve the Parties' Settlement Agreement; (2) approve the proposed Settlement notice and authorize distribution of the notice to the Settlement Class; (3) preliminarily certify the Settlement Class for settlement purposes under Federal Rule of Civil Procedure 23(a) and 23(b)(1); (4) schedule a Fairness Hearing; (5) appoint Elizabeth Gomes, Eva M. Connors, Jennifer Bowen, Katisha Shoulders, Kenneth N. Marenga, Pamela Prisco Carpenter, Steven Peters, and Zhanna Karp as Settlement Class Representatives and appoint Scott+Scott

Attorneys at Law LLP as Class Counsel pursuant to Federal Rule of Civil Procedure 23(g); (6) approve the Plan of Allocation; and (7) enter the accompanying Preliminary Approval Order.

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and is based on the accompanying Memorandum of Law and the authorities cited therein, the Declaration of Garrett W. Wotkyns and exhibits attached thereto (including the Settlement Agreement attached as Exhibit A), the Declarations of Elizabeth Gomes, Eva M. Connors, Jennifer Bowen, Katisha Shoulders, Kenneth N. Marenga, Pamela Prisco Carpenter, Steven Peters, and Zhanna Karp, and all files, records, and proceedings in this matter.

Dated: February 12, 2024

Respectfully submitted,
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

/s/ *Garrett W. Wotkyns*
Garrett W. Wotkyns, *admitted pro hac vice*
8068 East Del Acero Drive
Scottsdale, AZ 85258
Telephone: (480) 889-3514
Facsimile: (860) 537-4432
gwotkyns@scott-scott.com

Amanda F. Lawrence (BBO #568737)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
alawrence@scott-scott.com

Tanya Korkhov, *admitted pro hac vice*
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
tkorkhov@scott-scott.com

Joseph C. Peiffer, *admitted pro hac vice*

2

Daniel J. Carr, *admitted pro hac vice*
Kevin P. Conway, *admitted pro hac vice*
Jamie L. Falgout, *admitted pro hac vice*
**PEIFFER WOLF CARR KANE CONWAY & WISE**
1519 Robert C. Blakes Sr. Drive
New Orleans, LA 70130
Telephone: (504) 523-2434
jpieffer@peifferwolf.com dcarr@peifferwolf.com
kconway@peifferwolf.com
jfalgout@peifferwolf.com

*Attorneys for Plaintiffs*

/s/ *Alison V. Douglass*
Alison V. Douglass (BBO# 646861)
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
adouglass@goodwinlaw.com

DeMario M. Carswell, *admitted pro hac vice*
**GOODWIN PROCTER LLP**
1900 N Street, N.W.
Washington, DC 20036
(202) 346-4000
dcarswell@goodwinlaw.com

*Attorneys for Defendants*

**LOCAL RULE 7.1(A)(2) CERTIFICATE**

I hereby certify that on February 12, 2024, counsel for Plaintiffs conferred with Counsel for Defendants, who assented to this Motion for Preliminary Approval of Class Action Settlement.

/s/ *Garrett W. Wotkyns*
Garrett W. Wotkyns, *admitted pro hac vice*

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system to send notification of such filing to all counsel of record.

/s/ *Garrett W. Wotkyns*
Garrett W. Wotkyns, *admitted pro hac vice*

*Counsel for Plaintiffs*