# Exhibit 1

| PROFESSIONAL | STATUS | HOURLY RATE | TOTAL HOURS | TOTAL LODESTAR AT HOURLY RATES |
|---|---|---|---|---|
| Garrett Wotkyns | P | $1,300 | 593.60 | $ 771,680.00 |
| Amanda Lawence | P | $1,195 | 12.20 | $ 14,579.00 |
| Tanya Korkhov | A | $825 | 648.10 | $ 534,682.50 |
| Mario Cacciola | A | $720 | 16.70 | $ 12,024.00 |
| Agatha Cole | A | $1,095 | 12.80 | $ 14,016.00 |
| Ellen Dewan | PL | $435 | 34.30 | $ 14,920.50 |
| Kimberly Jager | PL | $435 | 126.40 | $ 54,984.00 |
| Mara Waligurski | PL | $435 | 10.40 | $ 4,524.00 |
| Matthew Molloy | PL | $415 | 17.60 | $ 7,304.00 |
| **TOTAL SCOTT+SCOTT** | | | **1,472.1** | **$ 1,428,714.00** |
| Co-Counsel/Kevin Conway | CC | $900 | 42.70 | $ 38,430.00 |
| Co-Counsel/Dan Carr | CC | $700 | 75.50 | $ 52,850.00 |
| Co-Counsel/Jamie Falgout | CC | $575 | 126.20 | $ 72,565.00 |
| **TOTAL CO-COUNSEL** | | | **244.4** | **$ 163,845.00** |
| **TOTALS** | | | **1,716.5** | **$ 1,592,559.00** |