# Exhibit 2

| EXPENSE | AMOUNT |
|---|---:|
| Courier | $ 61.24 |
| Court Reporters/Transcripts | $ 218.45 |
| Expert | $ 101,787.50 |
| Filing, Witness & Other Fees | $ 1,002.00 |
| Mediation | $ 6,304.75 |
| On-Line Research | $ 1,098.45 |
| Photocopies | $ 1,018.25 |
| Service of Process | $ 160.35 |
| Travel (Meals, Hotels & Transportation) | $ 3,379.39 |
| **TOTAL** | **$ 115,030.38** |