# Exhibit 1

| PROFESSIONAL | STATUS | HOURLY RATE | TOTAL HOURS | TOTAL LODESTAR AT HOURLY RATES |
|---|---|---|---|---|
| Co-Counsel/Kevin Conway | CC | $900 | 42.70 | $ 38,430.00 |
| Co-Counsel/Dan Carr | CC | $700 | 75.50 | $ 52,850.00 |
| Co-Counsel/Jamie Falgout | CC | $575 | 126.20 | $ 72,565.00 |
| **TOTAL CO-COUNSEL** | | | **244.4** | **$163,845.00** |