Exhibit 2








# PEIFFER WOLF
## CARR KANE CONWAY & WISE



FIRM PROFILE 2024

**Peiffer Wolf Carr Kane Conway & Wise, LLP ("Peiffer Wolf")** was founded in 2013. Joseph Peiffer, Peiffer Wolf's founding partner, previously a litigation partner at Fishman Haygood, LLP in New Orleans, founded the firm to take on cases that change people's lives. To this end, Peiffer Wolf handles a wide variety of cases, including a variety of collective, class, and mass actions. Since its inception, Peiffer Wolf has acquired talented attorneys from coast to coast, becoming a national litigation firm.



### NEW ORLEANS

935 Gravier St., Ste. 1600
New Orleans, LA 70112

504-523-2434
504-608-1465

### NEW YORK

95 Allens Creek Rd, Bldg. 1, Ste. 150
Rochester, NY 14618

585-310-5140
585-397-3745

### CHICAGO

73 West Monroe St., 5th Floor
Chicago, IL 60603

314-669-3600
504-608-1465

### SAN FRANCISCO

555 Montgomery St., Ste. 820
San Francisco, CA 94111

415-766-3544
415-840-9435

### LOS ANGELES

3435 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90010

415-766-3545
415-402-0058

### CLEVELAND

6370 Som Center Rd., Ste. 108
Cleveland, OH 44139

216-589-9280
216-258-0161

### ST. LOUIS

One US Bank Plaza, Ste. 1950
St. Louis, MO 63101

314-669-3600
505-608-1465

### YOUNGSTOWN

101 W Federal St., Ste. 2
Youngstown, OH 44503

330-642-3925
216-258-0161





PROFILES OF ATTORNEYS SEEKING APPOINTMENT AS LEAD

# Adam B. Wolf

**Partner**



Adam Wolf is a Partner in the firm's Los Angeles and San Francisco offices. He handles complex civil lawsuits, litigates constitutional and civil rights claims, and represents clients in appeals. Adam has argued in the United States Supreme Court, in addition to numerous federal and state courts of appeals.

Adam started the firm's embryo-loss practice group. He has litigated and resolved a substantial number of claims by clients who suffered the devastating loss of their embryos and eggs. Adam has represented more than 200 people against their fertility centers.

Serving as class counsel in Nevarez v. Forty Niners Football Company, Adam secured a court-approved settlement that required Levi's Stadium to be accessible to all people with mobility disabilities, in addition to a $24 million damages fund. This is the largest damages settlement in a case alleging discrimination in public accommodations under Titles II and III of the ADA.

Adam graduated, cum laude, from the University of Michigan Law School. He is a graduate, also cum laude, of Amherst College. At Michigan, Adam was the Editor-in-Chief of the Michigan Journal of Race & Law, a member of the Michigan Journal of Law Reform, and a recipient of the Dores McCree Award. Following law school, Adam had the honor of serving as a judicial law clerk to The Honorable Ronald Lee Gilman, on the U.S. Court of Appeals for the Sixth Circuit, and The Honorable Robert J. Timlin, on the U.S. District Court for the Central District of California.

A nationally recognized litigator, Adam has been quoted in hundreds of domestic and international newspapers, including the New York Times, Washington Post, Los Angeles Times, USA Today, and Wall Street Journal. Additionally, he has appeared on numerous television and radio programs, including Good Morning America, CBS Evening News, ABC World News, NBC Nightly News, CNN Headline News, National Public Radio, and the BBC.

Adam lectures around the country regarding constitutional law, civil rights, and the Supreme Court. He has been honored to have received various awards and accolades, including California Lawyer Attorney of the Year and the Mary Beth Tinker Award.

**PEIFFERWOLF.COM**

# Daniel B. Centner

**Partner**



Dan Centner is a Partner at Peiffer Wolf Carr Kane Conway & Wise. Based in the firm's New Orleans office. He joined the firm in 2020 after spending more than a decade defending funds, brokers, insurers, and other large corporations. He currently serves as trial counsel for putative classes or other large groups of investors in a variety of cases in federal and state courts around the country, including cases against crowdfunding platforms, auditors, banks, alternative investment vehicles, and control persons of fraudulent issuers. He also represents bankruptcy trustees in directors' and officers' litigation.

Dan graduated summa cum laude from Tulane University Law School, where he finished in the top 3% of his graduating class, served as the Senior Associate Editor of the Tulane Law Review and was elected to the Order of the Coif.

# Joseph C. Peiffer

**Founding Partner**



Joe is the Founding Partner of Peiffer Wolf Carr Kane Conway & Wise. Based in the firm's New Orleans office, Joe has a wide-ranging practice focusing on cases that change lives. His practice consists of representing families affected by IVF clinic malfeasance, representing individuals and institutions that have been harmed by investment banks and brokerage firms, prosecuting ERISA class actions, and representing victims of labor trafficking, unscrupulous drug companies and those who have suffered catastrophic injury.



Joe currently represents many families that have had their dreams of having biological children taken from them due to the carelessness of IVF clinics. He is passionate about this work and understands the devastation that this causes individuals and families, who have lost eggs or embryos due to the malfeasance of these clinics.

In his financial services practice, Joe has represented hundreds of individual retirees against their brokers in FINRA arbitration. The highlights of this practice include representing 32 Exxon retirees in a 90-day FINRA arbitration against Securities America that resulted in a $22 million verdict – one of the largest ever awarded by a FINRA arbitration panel. He has also represented hundreds of Xerox and Kodak retirees against their brokers resulting from the brokers' fraudulent advice to retire and subsequent unsuitable investments. He has represented hundreds of families in cases involving private placements and Ponzi schemes.

His financial services fraud practice included representing approximately 25 municipalities and hospitals around the country in cases involving their issuance of auction rate securit est.

Joe has an active practice representing those who have been harmed by pharmaceutical products. He has represented or currently represents hundreds of clients in cases involving serious injuries sustained by drugs such as Pradaxa, Nuvaring, Invokana, Onglyza, and Essure. He represents approximately 800 clients in cases concerning harm caused by Xarelto.

Finally, Joe represents victims of human trafficking and labor exploitation. In one such case, his clients allege that the defendants have failed to pay overtime, improperly deducted for employee housing, and wrongfully held the plaintiffs' passports while in the United States. He has traveled extensively to the Philippines for this case and another involving a rig explosion.

The co-author of a treatise published by Thompson West, Litigating Business and Commercial Tort Cases, which is updated yearly since 2011. Joe teaches and lectures extensively throughout the country. He created and/or taught law school classes ranging from The Basics of Arbitration and Trial Advocacy, to Storytelling and Advocacy. He has spoken at many national conventions on a variety of topics, including prosecuting large and multi-client claims, brokers' deficient advice to retire, and voir dire and ERISA class actions and FINRA arbitration.

Joe is frequently quoted by national publications regarding FINRA arbitrations and mismanagement of retirement accounts. He has appeared in the USA Today, Wall Street Journal, Associated Press, New York Times, New York Daily News, Los Angeles

Times, Business Week, Investment News, Reuters, and many other publications. He also has appeared on CNN.

Joe has received various awards and accolades. He was one of three Louisiana lawyers ranked by Chambers USA for securities litigation in 2011. He was named as one of the fifty Leaders in Law by New Orleans City Business Magazine. In 2014 Joe has been selected by his peers for inclusion in the 21st Edition of The Best Lawyers in America in the practice area of Commercial Litigation.

Joe is a leader of several national bar associations. He twice served as the chairman of the Business Torts Section of the American Association for Justice. He serves on the Board of Directors of PIABA – a nationwide bar association of lawyers who represent individuals and institutions in arbitrations to recover money lost by investment banks and brokerage firms. He was elected President of PIABA and will serve PIABA as its President until October 2015. Joe graduated from Tulane School of Law, cum laude, in 1999. While at Tulane, he served on the Tulane Law Review and was involved with the Tulane Legal Assistance Program. Prior to attending Tulane, he graduated from Bowling Green State University in 1996, with a major in communications. While at Bowling Green, he worked as the General Manager of the campus radio station and City Editor of the daily newspaper.

## Daniel J. Carr

**Partner**



Daniel Carr is a Partner in the firm practicing out of the New Orleans office. Daniel heads up the firm's Product Liability and Pharmaceutical and Medical Devices practices and has represented thousands of clients from across the United States in cases related to pharmaceutical products and medical devices, including litigations involving Xarelto, Pradaxa, ASR hip implants, TVM, Actos, Invokana, Onglyza, and others.

Daniel also has represented a diverse group of clients in a variety of complex litigation and arbitrations. He has represented institutional issuers of auction-rate securities in federal and state lawsuits and FINRA arbitrations, and he has served as co-counsel on several class action lawsuits, including an ERISA case that resulted in a $75 million settlement for 401(k) plan participants who alleged that a large financial-services firm



imprudently invested their retirement money. Daniel also has worked with Adam Wolf to defend individuals and companies involved in the medical marijuana industry against civil RICO actions in Colorado and Massachusetts, and he is currently part of the firm's team working to secure recovery for investors who lost millions of dollars in a failed investment scheme operated out of Portland, Oregon.

Daniel graduated from The University of New Orleans and received his law degree from Tulane School of Law, summa cum laude. While at Tulane, he was Senior Articles Editor for the Tulane Law Review and a fellow in the Legal Analysis Program. Following law school,Daniel had the honor of serving as a law clerk for Judge Jacques L. Wiener, Jr., on the United States Court of Appeals for the Fifth Circuit.

Daniel is a member of several nationwide bar associations, including the Public Investors Arbitration Bar Association and the American Association for Justice, where he has served on the board of directors of the Business Torts Section. Super Lawyers has named Daniel as a Rising Star every year since 2013 in the areas of Products Liability and Business Litigation.

Daniel strives to provide all of his clients with the highest quality of advocacy, no matter how big or small the case, and he works together with the other members of the firm to make sure that each client receives the full benefit of the firm's combined experience and expertise.

# Jason J. Kane

**Partner**



Jason J. Kane is a Partner who practices out of the firm's Upstate New York office. He focuses his practice on representing investors in Financial Industry Regulatory Authority (FINRA) arbitrations and in federal and state lawsuits.

Jason graduated from the State University of New York at Geneseo, in 2004, with a B.A. in Economics. Thereafter, Jason attended the Syracuse University College of Law, and received his Juris Doctorate, cum laude, in 2007.

While attending the Syracuse University College of Law, Jason served as a form and accuracy editor for the Syracuse Journal of International Law and Commerce. He also gained valuable experience as a student law clerk for Magistrate Judge George

H. Lowe and was a volunteer at the United States Attorney's Office in the Northern District of New York.

Following law school, Jason began his career working in the Legal Department of Wegmans Food Markets, Inc., one of Upstate New York's largest employers. At Wegmans, Jason worked with the finance, real estate and human resources departments, as well as outside counsel.

In 2009, Jason has focused his practice on securities law. Since that time, Jason has represented hundreds of investors in Upstate New York and around the country in some of the highest profile securities cases originating out of Upstate New York. He has recovered millions of dollars in FINRA arbitrations and mediations while representing individuals against their former brokers and brokerage firms.

# Kevin P. Conway

**Managing Partner**



Kevin P. Conway is a Partner at Peiffer Wolf Carr Kane Conway & Wise. Based in the firm's New Orleans office, Kevin has a wide-ranging practice. His practice spans from representing investors who have been harmed by investment banks, financial institutions, and brokerage firms to representing families affected by IVF clinics, injured by pharmaceutical drug manufacturers, and injured by medical device manufacturers.

In his financial services practice, Kevin has represented hundreds of individual investors and retirees against their brokers, agents, and brokerage firms. He has also represented hundreds of retirees against their insurance agents, field marketing organizations, and insurance companies in a complex Ponzi scheme involving multiple third parties and insurance products. Kevin is currently part of the firm's team working to secure recovery for investors who lost millions of dollars in a failed investment scheme operated out of Portland, Oregon.

Kevin has an active practice representing those who have been harmed by pharmaceutical drugs and medical devices. He has represented and currently represents hundreds of clients who have sustained serious injuries from drugs and devices such as Essure, Invokana, Hernia Mesh, and Xarelto.

Kevin is also an integral component of the firm's burgeoning fertility law practice.



Currently, he represents families across the country who have been victim to reckless and negligent fertility clinics, fertility medical centers, and fertility doctors. The highlights of this practice include representing hundreds of families who have had their dreams of having biological children taken from them due to the carelessness of IVF clinics in Cleveland, Ohio and San Francisco, California.

Kevin graduated from John Carroll University's Boler School of Business in 2005 and immediately began his career with J. Walter Thompson on the Kimberly-Clark and Target accounts. Thereafter, he attended Loyola University New Orleans and received both his Juris Doctorate from the College of Law and Master of Business Administration from the College of Business in 2010. Additionally, Kevin received his certification in International Law after studying at the University of Vienna and throughout the European Union court system.

While attending Loyola, Kevin served as a Business Development Officer for the Louisiana Economic Development. Here, he worked to draft and pass current Louisiana tax incentive legislation.

Kevin is a member of several national bar associations and has won various awards and accolades. He teaches and lectures extensively, including his current role as an adjunct professor at Loyola University New Orleans in the College of Business. Conway's empathy and passion for helping others have been a key to both his personal and professional success

# Brandon Wise

**Partner**

Brandon Wise joined the firm after managing his own boutique practice that focused on class, collective, and employment matters. Brandon has successfully litigated collective and class action cases in across the country in state and federal courts.

Brandon has led Peiffer Wolf's BIPA practice since



its inception, and to date, has been lead counsel on more than 250 BIPA filings. Courts who have appointed him as class counsel have noted his "vigorous and skillful representation" and "experience[] in class litigation." Brandon has also served as class or collective counsel in matters asserted under the Fair Labor Standards Act and WARN Act, and in an important victory with national implications secured the first reported

**PEIFFERWOLF.COM**

decision regarding the WARN Act's "natural disaster" exception. He also co-chairs the firm's Privacy/Data Breach practice group and has been counsel in a number of cases seeking damages arising out of defendants' failure to protect clients' data.

# Jamie Falgout

**Of Counsel/Director of Operations**



Jamie L. Falgout is Director of Operations and Of Counsel at Peiffer Wolf Carr Kane Conway & Wise. Based in the firm's New Orleans office, as the Director of Operations, Jamie consults directly with the firm's partners, staff and clients to identify business objectives, value perspective and process inefficiencies. She works with the firm to develop and implement solutions to consistently optimize workflows and enhance the client experience.

In addition to her role as Director of Operations, Jamie has a wide-ranging practice. She has an active financial services practice where she has assisted the firm in representing hundreds of individual investors against their brokers, agents and brokerage firms. Additionally, Jamie is currently litigating multiple ERISA actions involving breaches of fiduciary duties on behalf of retirement plan participants and beneficiaries.

Jamie is a member of the American Association for Justice and the Louisiana Bar Association.

## REPRESENTATIVE CASES

**Peiffer Wolf attorneys were appointed class counsel and serve or have served as counsel in numerous class, mass and/or collective actions, including:**

***Whitley, et al. v. J.P. Morgan Chase & Co.****, et al., a class action lawsuit on behalf of retirement investors against J.P. Morgan Chase & Co. and various other J.P. Morgan entities over the sale and administration of the JP Morgan Stable Value Fund. Received preliminary approval for a class wide settlement of $75 million.*

***Volz, et al. v. Provider Plus, Inc., et al.,*** *a Fair Labor Standards Act ("FLSA") collective action involving 45 collective action members. The confidential settlement agreement was approved by Judge Mummert.*



**Nevarez v. Forty Niners Football Company**, *a certified class action, on behalf of nearly 5,000 class members with mobility disabilities who were denied equal access to Levi's Stadium in violation of the Americans with Disabilities Act.*

**Baricuarto, et al. v. Industrial Personnell and Management Services, Inc. et al.**, *a human trafficking case that required extensive travel and litigation in the Philippines, and resulted in a multi-million dollar settlement.*

**In re Pacific Fertility Center Litigation**, *a putative class action on behalf of nearly 1,000 people whose embryos were compromised in a freezer tank at a fertility center.*

**Amador v. California Culinary Academy,** *representing a certified class of former students of for-profit school California Culinary Academy regarding class members' student loans.*

**Bilewicz v. FMR LLC**, *a case brought on behalf of current and former employees of Fidelity Investments, alleging that Fidelity violated ERISA by offering exclusively high-fee Fidelity mutual fund products in its retirement plan and by repeatedly adding funds to the plan with little or no track record. Plaintiffs further alleged that the Fidelity plan's fees are very high for a multi- billion-dollar plan, and Fidelity has failed to follow sound fiduciary practices for multi-billion dollar plans. This case was successfully settled, and Peiffer Wolf was approved as co-class counsel in that action.*

**Carver, et al. v. Foresight Energy LP, et al.**, *WARN Act litigation brought on behalf of a class of former coal miners. Peiffer Wolf secured the first reported decision, a significant legal victory, regarding the WARN Act's "natural disaster" exception. 2016 WL 3812376 (Opinion entered July 12, 2016). After the defendants' motion to dismiss was denied, the parties reached a proposed class-wide settlement of $550,000 for a class of 75 employees.*

**Volz v. Tricorp management Company, et al.**, *a FLSA collective in class action where PRW Legal attorney was appointed class counsel. Settled for $350,000, for bartenders, servers, hosts, and other tipped employees of the largest T.G.I. Friday's franchisee in the Midwest.*

**Hanson v. Berthel Fisher & Company Financial Services, Inc., et al.**, *a securities class action filed on behalf of investors in a real estate investment program that raised approximately $26 million from the investing public. Claims were predicated upon the role played by Berthel Fisher, the managing broker-dealer of the program that allegedly organized and oversaw the securities offering by the Program while aware of misrepresentations and omissions in the Program's offering documents.*

**Booth et al. v. Strategic Realty Trust, Inc., et al.,** *a securities class action where plaintiffs contended that throughout the offering period, the Strategic Realty Trust offering materials contained materially inaccurate and incomplete statements about the company's investment strategy, internal controls, and governance mechanisms. Plaintiffs alleged that their investments lost value as a result of defendants' acts and omissions.*

**Thieriot v. Celtic Ins. Co.**, *a certified class action where settlement was approved on behalf of a class of people who were overcharged by a health insurer in violation of state law.*

**Peiffer Wolf currently serves as counsel for plaintiffs in numerous other class and mass actions, including:**

*In re: FedLoan Student Loan Servicing Litigation*, 2:18-md-02883 (E.D. Penn.) consolidated multi-district litigation involving one of the nation's largest student loan servicers. Attorney Brandon Wise was appointed to the Plaintiffs' Executive Committee.

*In re: Dicamba Herbicides Litigation*, 1:18-md-02820-SNLJ (E.D. Mo), consolidated multi-district litigation involving the alleged unlawful release of a genetically modified seed and herbicide system.

*Albers, et al. v. Delloite & Touche LLP, et al.*, a mass securities action where Peiffer Wolf represents over 100 investors with claims exceeding $100 million in action alleging violations of state securities laws.

*Yao-Yi Liu et al. v. Wilmington Trust Company,* a class action lawsuit on behalf of investors of a fraudulent scheme against Wilmington Trust alleging that Wilmington Trust breached its duties as an escrow agent and aided the perpetrators of the scheme.

*In re Platinum and Palladium Antitrust Litigation,* a case involving claims against BASF Metals, Goldman Sachs, HSBC, and Standard Bank. Plaintiffs allege that Defendants were involved in an unlawful price-setting process of platinum and palladium in violation of the Sherman Act.

*Fouts v. Bank of Nova Scotia, New York Agency et al.,* a class action filed on behalf of holders of debt with interest rates linked to the US Treasuries auction rates, alleging violations of the federal antitrust and commodities laws arising from manipulation of the prices of Treasury securities and related financial instruments through collusion by the primary dealers of U.S. Treasury Department securities.

*In re Fidelity ERISA Float Litigation,* a case involving claims brought by participants in various ERISA plans administered by Fidelity, on behalf of those plans, alleging that Fidelity violated ERISA by improperly using "float" income received as interest on plan assets to pay itself fees and failing to crediting the amount of that float income to the plans or their participants.

*American Chemicals & Equipment Inc. 401(K) Retirement Plan v. Principal Management Corporation, et al.,* a case involving claims brought by ACE 401(k) Plan, on behalf of the shareholders of six mutual funds, against the investment advisors for those funds. Plaintiff alleges that the defendants breached their statutory fiduciary duty under Section 36(b) of the Investment Company Act of 1940 ("ICA"), 15 U.S.C. § 80a-35(b), by charging unfair and excessive fees for their advisory services and retaining excess profits derived from economies of scale.

*Jennifer Roth v. Life Time Fitness, Inc.*, a class action lawsuit filed on behalf of fitness instructors seeking unpaid wages for work that was required by Defendants. Plaintiff alleges that fitness instructors were not compensated for the work they performed before and after fitness classes.



***Carol Prock v. Thompson National Properties, LLC, et al.****, a securities class action filed on behalf of investors in the TNP 6700 Santa Monica Boulevard, a real estate investment program that raised approximately $17 million from the investing public. Claims are predicated upon alleged material misrepresentations and omissions in the program's offering documents by its sponsor and officers and directors of the sponsor.*

***In re Dental Supplies Antitrust Litigation,*** *a class action lawsuit filed on behalf of dental practices, orthodontic practices, and dental laboratories alleging that the country's three largest distributors of dental supplies and equipment agreed not to compete on price and caused injury to plaintiffs in the form of artificially inflated prices.*

***Matthew Fero et al. v. Excellus Health Plan Inc****., a class action lawsuit filed on behalf of plaintiffs whose personal information was compromised as a result of a data breach that is alleged to have gone undetected for a 600-day period.*



We handle cases that *change lives*

www.peifferwolf.com

